**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael GILBERT, a/k/a Tracy, a/k/a Roy Smith, Defendant–Appellant.**

No. 01–7200.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Michael Gilbert, pro se. Stephen Wiley Miller, Office of the United States Attorney, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Michael Gilbert appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Gilbert,* Nos. CR–97–352; CA–00–638–3 (E.D.Va. May 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*